1  JOSEPH RUSSONIELLO (CNB 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  KIMBERLY BRIGGS (CASBN 132043)
   Assistant United States Attorney
5
   1301 Clay Street, Suite 340S
6  Oakland, CA 94612
   Telephone: (510) 637-3680
7  Telefax:   (510) 637-3724
   Kimberly.Briggs@usdoj.gov
8
   Attorneys for the United States
9

FILED
2008 JAN 30 AM 9: 35
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

08-70048  WDB

| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| SALVADOR VASQUEZ-MENDOZA | ) | |
| Defendant. | ) | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on or about January 28, 2008, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued in case number CR 03-750-0101 in the District of Utah, upon an

☐ Indictment
☐ Information
☐ Criminal Complaint
■ Other (describe) Supervised Release Violation Petition

//
//
//

1  In that case, defendant is charged with a violation of Title 18, United States Code, Section
2  3583, based upon his violation of the conditions of his supervised release as follows:
3  defendant illegally re-entered the United States.
4
5                                          Respectfully Submitted,
6                                          JOSEPH RUSSONIELLO
                                           UNITED STATES ATTORNEY
7
8  Date: January 29, 2008                  _____
                                           KIMBERLY BRIGGS
9                                          Assistant U.S. Attorney
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# United States District Court

DISTRICT OF UTAH - CENTRAL DIVISION

UNITED STATES OF AMERICA

v.

Salvador Vasquez-Mendoza

## WARRANT FOR ARREST

CASE NUMBER: 2:03cr750-001-DAK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest       **SALVADOR VASQUEZ-MENDOZA**
                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information
☐ Complaint    ☐ Order of court    ☒ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**Alleged violation of supervised release**

in violation of _____ United States Code.

D. Mark Jones                                   Clerk of Court
Name of Issuing Officer                         Title of Issuing Officer

[signature]                                     January 10, 2008 at Salt Lake City, Utah
Signature of Issuing Officer                    Date and Location

By:
Deputy Clerk

Bail fixed _____ by _____
                                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

PROB 12C

# United States District Court
## for the District of Utah

**Petition and Order for Warrant for Offender Under Supervision**

FILED
U.S. DISTRICT COURT
2008 JAN 10 P 3:35
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

Name of Offender: Salvador Vasquez-Mendoza          Docket Number: 2:03-CR-00750-001-DAK

Name of Sentencing Judicial Officer:    Honorable David K. Winder, Senior U.S. District Judge
                                         Case reassigned to the Honorable Dale A. Kimball, U.S. District
                                         Judge, on January 10, 2008.

Date of Original Sentence: January 12, 2004

Original Offense:       Reentry of a Previously Removed Alien
Original Sentence:      46 Months Custody/36 Months Supervised Release

Type of Supervision:    Supervised Release           Supervision Began: January 19, 2007

## PETITIONING THE COURT

[X]   To issue a warrant to be placed as a detainer      In custody: Alameda County Sheriff's
      tolling the supervision term as of January 9,      Office, 1401 Lakeside Drive, 12th Floor,
      2008                                                Oakland, CA/PFN BGK450

## CAUSE

The probation officer believes that the offender has violated the conditions of supervision as follows:

**Allegation No. 1:**   The defendant illegally reentered the United States and was found in Alameda
                        County, California, on or about January 9, 2008.

Evidence in support of this allegation was provided by Immigration and Customs Enforcement (ICE) officials, Northern District of California.

I declare under penalty of perjury that the foregoing is true and correct.

Wyatt Stanworth, U.S. Probation Officer
Date: January 10, 2008

PROB 12C

Salvador Vasquez-Mendoza
2:03-CR-750-001

## THE COURT ORDERS:

[✓] The issuance of a warrant to be placed as a detainer and tolling of the supervision term as of January 9, 2008

[ ] No action

[ ] Other

*Tena Campbell*

Honorable Dale A. Kimball
United States District Judge

Date: 1-10-2007