# UNITED STATES DISTRICT COURT
NORTHERN   District of   CALIFORNIA, OAKLAND DIVISION

UNITED STATES OF AMERICA
v.
SALVADOR VASQUEZ-MENDOZA

**COMMITMENT TO ANOTHER DISTRICT**

FILED
FEB 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4-08-70048-WDB | 2:03cr750-001-DAK | 4-08-70048-WDB | 2:03cr750-001-DAK |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment   ☐ Information   ☐ Complaint   ☒ Other (specify) Petition and Order for Warrant for Offender Under Supervision

charging a violation of Title 18   U.S.C. § 3583

**DISTRICT OF OFFENSE**
U.S. District Court, District of Utah, Central Division, Salt Lake City

**DESCRIPTION OF CHARGES:**
Supervised Release Violation

RECEIVED
UNITED STATES MARSHAL
2008 FEB 15 PM 2:56
NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

**CURRENT BOND STATUS:**
☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☒ Other (specify) On 1/30/08, the deft. waived his Identity/Removal Hrg. in the District of Arrest. On 2/5/08, the deft. waived the timing of his Detention Hrg. in the District of Arrest, reserving his rights to revisit the matter of detention de novo in USDC, District of Utah, Central Division, Salt Lake City.

**Representation:**   ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   ☐ No   ☒ Yes   Language: Spanish

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

2/15/08
Date

Wayne D. Brazil
United States ~~Judge or~~ Magistrate Judge WAYNE D. BRAZIL

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |